IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 18 CR 50039-1 |
| | ) | |
| TYJUAN ANDERSON, also known as "Ace" | ) | Judge John J. Tharp, Jr. |
| | ) | |

**PRELIMINARY ORDER OF ABANDONMENT**

This cause comes before the Court on motion of the United States for entry of a preliminary order of abandonment as to specific property pursuant to the provisions of Title 28, United States Code, Section 1651 and Title 41, Code of Federal Regulations, Section 128-48.1, and the Court being fully informed hereby finds as follows:

(a) On December 18, 2018, a superseding indictment was returned charging defendant TYJUAN ANDERSON in Counts One, Two, Three, Four and Five with violations of the Controlled Substances Act pursuant to the provisions of 21 U.S.C. §§ 846 and 841(a)(1).

(b) On June 24, 2022, pursuant to Fed. R. Crim. P. 11, defendant TYJUAN ANDERSON entered a voluntary plea of guilty to Count Four superseding indictment, admitting his commission of the drug trafficking offense alleged in Count Four.

(c) The government now seeks an order of abandonment, pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.1, relinquishing and abandoning any right, title, and interest defendant TYJUAN ANDERSON has in (i) a Delaware machinery .223 caliber firearm with serial number L003716; (ii) a Remington Model 870 shotgun with serial number V471851V; (iii) a Taurus Model PT140 Pro handgun with serial number SET71558; (iv) approximately 27 rounds of .223 caliber ammunition and approximately 9 rounds of .40 caliber ammunition seized from 607 North Rockton Avenue, Rockford, Illinois; and (v) approximately

572 rounds of various caliber ammunition and four firearm magazines seized from 610 North Rockton Avenue, Rockford, Illinois for disposition according to law, including destruction.

(d) Pursuant to the provisions of 41 C.F.R. § 128-48.102-1, upon entry of this preliminary order of abandonment, the Bureau of Alcohol, Tobacco, Firearms, and Explosives. shall seize and take custody of the foregoing property for disposition according to law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.1, any and all right, title and interest defendant TYJUAN ANDERSON has in:

    (a) a Delaware machinery .223 caliber firearm with serial number L003716;

    (b) a Remington Model 870 shotgun with serial number V471851V;

    (c) a Taurus Model PT140 Pro handgun with serial number SET71558;

    (d) approximately 27 rounds of .223 caliber ammunition and approximately 9 rounds of .40 caliber ammunition seized from 607 North Rockton Avenue, Rockford, Illinois; and

    (e) approximately 572 rounds of various caliber ammunition and four firearm magazines seized from 610 North Rockton Avenue, Rockford, Illinois;

is hereby relinquished and abandoned to the United States of America for disposition according to law.

2. That, pursuant to the provisions of 41 C.F.R. § 128-48.102-1, the United States shall publish notice of its intent to dispose of the foregoing property according to law.

3. That, following the Court's disposition of all third party interests, the Court, if appropriate, shall declare the foregoing property abandoned which shall vest clear title in the United States of America.

4. That, this Court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this order.

Date: February 1, 2023

John J. Tharp, Jr.
United States District Judge